UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE LOCAL 807 LABOR-MANAGEMENT HEALTH AND PENSION FUNDS and THE LOCAL 807 PROFIT SHARING FUND, <br><br> Petitioners, <br><br> — against — <br><br> SHOWTIME ON THE PIERS, LLC, <br><br> Respondent. | **18-CV-3642 (ARR)** <br><br> **Opinion & Order** <br><br> **Not for electronic or print publication** |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated January 14, 2019, from the Honorable Roanne L. Mann, Chief United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the Petition to confirm the arbitration award is granted in large part. Petitioner Health Fund is awarded $14,322.67, petitioner Pension Fund is awarded $15,784.06, and petitioner Profit Sharing Fund is awarded $19,634.98. Further, the petitioners are awarded prejudgment interest and attorneys' fees as calculated in the Report and Recommendation.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:      February 4, 2019
          Brooklyn, New York