UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
THE LOCAL 807 LABOR-MANAGEMENT
HEALTH AND PENSION FUNDS and THE
LOCAL 807 PROFIT SHARING FUND,

                      Petitioners,
                                                                  JUDGMENT
                                                                  18-CV-3642 (ARR)
      v.

SHOWTIME ON THE PIERS, LLC,

                      Respondent.
----------------------------------------------------------- X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on February 4, 2019, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated January 14, 2019, granting the petition to confirm the arbitration award in large part; awarding Petitioner Health Fund $14,322.67; awarding Petitioner Pension Fund $15,784.06; awarding Petitioner Profit Sharing Fund $19,634.98; awarding petitioner Health Fund prejudgment interest from March 28, 2018 to the entry of judgment at the rate of $7.06 per day; awarding petitioner Pension Fund prejudgment interest from March 28, 2018 to the entry of judgment at the rate of $7.79 per day; awarding petitioner Profit Sharing Fund prejudgment interest from March 28, 2018 to the entry of judgment at the rate of $9.68 per day; awarding petitioners attorneys' fees in the amount of $4,683 and costs of $772.78; and the Clerk of Court having calculated the prejudgment interest from March 28, 2018 to the entry of judgment at the rates of $7.06 per day, $7.79 per day and $9.68 per day, and the prejudgment interest amounts being $2,216.84, $2,446.06, and $3,039.52; it is

       ORDERED and ADJUDGED that the petition to confirm the arbitration award is granted in large part; that petitioner Health Fund is awarded a total amount of $16,539.57; that petitioner

Pension Fund is awarded a total amount of $18,230.12; that petitioner Profit Sharing Fund is awarded a total amount of $22,674.50; and that petitioners are awarded attorneys' fees in the amount of $4,683 and costs of $772.78.

Dated: Brooklyn, NY  
February 5, 2019

Douglas C. Palmer  
Clerk of Court

By: /s/*Jalitza Poveda*  
Deputy Clerk